UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRINCESS BLUE O/B/O
MARCUS K. BLUE

CIVIL ACTION

VERSUS

NO. 06-863-C

MICHAEL J. ASTRUE,
COMISSIONER OF SOCIAL SECURITY

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 13, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g) the final decision of the Commissioner of Social Security which terminated and denied the supplemental security income (SSI) benefits of Princess Blue on behalf of her son Marcus K. Blue, will be affirmed and this action will be dismissed.

Baton Rouge, Louisiana, July 10, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA